**ORDERED.**

**Dated: March 20, 2010**



John J. Volin, #09880
Trucly Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 E. Warner Road, Suite 106
Tempe, Arizona 85284
Voice: (480) 820-0800
Fax: (480) 820-3575
E-mail: tpham@volinlaw.com
Attorneys for Debtors

_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re:<br><br>ROBERT W. BRYAN and<br>ELIZABETH A. BRYAN,<br><br>xxx-xx-3643 and xxx-xx-8307,<br><br>Debtors. | Chapter 13 Proceeding<br><br>Case No. 4:09-bk-05928 EWH<br><br>STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE |
|---|---|

The Debtors, having filed a Chapter 13 Plan and Application for Payment of Administrative Expense, and such Plan having been transmitted to all creditors; and

IT HAVING BEEN DETERMINED AFTER NOTICE THAT:

1. The Plan has been accepted or may be deemed accepted by the creditors whose acceptance is required by law;

2. The provisions of Chapter 13 of the Code have been complied with; the Plan has been proposed in good faith and not by any means forbidden by law; and

3. The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount

that would have been paid on such a claim if the estate of the debtors were liquidated under Chapter 7 of the Bankruptcy Code on such date. Therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Confirming Debtors' Chapter 13 Plan and Application for Payment of Administrative Expense.

2. Appointing Dianne C. Kerns as the Trustee of the Debtors' estate. The Chapter 13 Trustee shall receive such percentage fee as may periodically be fixed by the U.S. Attorney General pursuant to 28 U.S.C. § 586(e), not to exceed 10 percent.

3. The duration of Debtors' plan will be 60 months.

4. The first payment is due to Trustee on or before April 27, 2009. Debtors intend to make subsequent payments due on or before the 27th day of each month there after pursuant to Paragraph 5 for a total duration of 60 months.

5. The plan payments will be pursuant to the following schedule:

Months 01 - 36    04/27/2009 - 03/27/2012    $ 3,113.00
Months 37 - 60    04/27/2012 - 04/27/2014      3,156.00

6. Debtors are instructed to remit all payments on or before the stated due date each month. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding

shortfall must be cured before the case can be discharged. This requirement is effective regardless of Plan payment suspensions, waivers or moratoriums, and must be included in any Plan Confirmation Orders.

7. In the event other property is submitted to the Trustee, it shall be treated as advance plan payments.

8. The amount to be paid to Debtors' attorney as an administrative expense is $2,000.00.

9. Secured creditor, Wells Fargo Bank, N.A., will be paid the amount of $3,687.49 for its claim for pre-petition mortgage arrears pursuant to its Proof of Claim (Proof of Claim #4-1) filed April 8, 2009. The Objection to confirmation filed by Wells Fargo Bank, N.A is hereby withdrawn by the signed approval of this Stipulated Order.

10. Secured Creditor, Wachovia Dealer Services (2006 Dodge Charger), will be paid the amount of $19,783.66, plus interest at the rate of 7.25% per annum. Additionally, Wachovia Dealer Services will be paid monthly adequate protection payments in the amount of $80.75. Any deficiency balance on Wachovia Dealer Service's claim will be treated as an unsecured non-priority claim pursuant to its filed proof of claim (Amended Proof of Claim #8-2) filed May 1, 2009.

11. Secured Creditor, HSBC Bank Nevada, will be paid the amount of $805.00, 783.66, plus interest at the rate of 8.25% per annum. Additionally, HSBC Bank Nevada will be paid monthly adequate protection payments in the amount of $80.55. Any deficiency balance on HSBC Bank Nevada's claim will be treated as an unsecured non-priority claim pursuant to its filed proof of claim (Proof of Claim #5-1) filed April 20, 2009.

12. Secured Creditor, Sterling Inc., dba Kay Jewelers, will be paid the amount of $774.10, 783.66, plus interest at the rate of 8.25% per annum. Additionally, Sterling, Inc., dba Kay Jewelers, will be paid monthly adequate protection payments in the amount of $77.41. Any deficiency balance on Sterling, Inc., dba Kay Jewelers' claim will be treated as an unsecured non-priority claim pursuant to its filed proof of claim (Proof of Claim #6-1) filed April 22, 2009.

11. The Objection filed by Wells Fargo Bank, N.A. dated May 8, 2009 has been resolved pursuant to the Order Regarding Avoidance of Lien Held by Wells Fargo Bank, N.A. granted September 14, 2009 in associated Adversary Case No. 4:09-ap-00820 EWH.

12. General unsecured creditors (including secured creditors with unsecured deficiency balances) will be paid

Case #4:09-bk-05928 EWH
Page 4 of 8

through the Trustee subject to timely filed and allowed claims.

13. Debtors are instructed that copies of their 2009, 2010, 2011, 2012 and 2013 Federal and State income tax returns must be turned over to the Trustee within 30 days of the returns being filed to assist the Trustee in determining any change in Debtors' annual disposable income.

14. The Chapter 13 Plan and this Order shall not constitute an informal proof of claim for any creditor.

DATED: _____     _____
                           THE HONORABLE EILEEN W. HOLLOWELL
                           UNITED STATES BANKRUPTCY JUDGE

Approved as to form and content:

_____
Robert W. Bryan, Debtor

*Elizabeth A. Bryan*
_____
Elizabeth A. Bryan, Debtor

_____
John J. Volin, #09880
Trucly Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 East Warner Road, Ste. 106
Tempe, Arizona 85284
Attorneys for Debtors

_____  3/4/10
Dianne C. Kerns
Chapter 13 Trustee
7320 N LaCholla #154-413
Tucson AZ 85741


_____
Wells Fargo Bank, N.A.
(first mortgage)
c/o Mark S. Bosco, Esq.
TIFFANY & BOSCO, P.A.
Counsel for Creditor


_____
Wachovia Dealer Services
c/o Rene Ureta
Creditor


_____
HSBC Bank Nevada, N.A.
c/o Bass & Associates, P.C.
Counsel for Creditor

Case #4:09-bk-05928 EWH
Page 6 of 8

Approved as to form and content:

_____
Robert W. Bryan, Debtor

_____
Elizabeth A. Bryan, Debtor

_____
John J. Volin, #09880
Trucly Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 East Warner Road, Ste. 106
Tempe, Arizona 85284
Attorneys for Debtors

_____
Dianne C. Kerns
Chapter 13 Trustee
7320 N LaCholla #154-413
Tucson AZ 85741

_____/s/_____
Wells Fargo Bank, N.A.
(first mortgage)
c/o Mark S. Bosco, Esq.
TIFFANY & BOSCO, P.A.
Counsel for Creditor

_____
Wachovia Dealer Services
c/o Rene Ureta
Creditor

_____
HSBC Bank Nevada, N.A.
c/o Bass & Associates, P.C.
Counsel for Creditor

Approved as to form and content:

_____
Robert W. Bryan, Debtor

_____
Elizabeth A. Bryan, Debtor

_____
John J. Volin, #09880
Trucly Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 East Warner Road, Ste. 106
Tempe, Arizona 85284
Attorneys for Debtors

_____
Dianne C. Kerns
Chapter 13 Trustee
7320 N LaCholla #154-413
Tucson AZ 85741

_____
Wells Fargo Bank, N.A.
(first mortgage)
c/o Mark S. Bosco, Esq.
TIFFANY & BOSCO, P.A.
Counsel for Creditor

_____/s/_____
Wachovia Dealer Services
c/o Rene Ureta
Creditor

_____
HSBC Bank Nevada, N.A.
c/o Bass & Associates, P.C.
Counsel for Creditor

Approved as to form and content:

_____
Robert W. Bryan, Debtor

_____
Elizabeth A. Bryan, Debtor

_____
John J. Volin, #09880
Trucly Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 East Warner Road, Ste. 106
Tempe, Arizona 85284
Attorneys for Debtors

_____
Dianne C. Kerns
Chapter 13 Trustee
7320 N LaCholla #154-413
Tucson AZ 85741

_____
Wells Fargo Bank, N.A.
(first mortgage)
c/o Mark S. Bosco, Esq.
TIFFANY & BOSCO, P.A.
Counsel for Creditor

_____
Wachovia Dealer Services
c/o Rene Ureta
Creditor

*/s/ Megan C. Hill*
HSBC Bank Nevada, N.A.
c/o Bass & Associates, P.C.
Counsel for Creditor
Megan C. Hill, Esq

_(signature)_
Sterling Inc., dba Kay Jewelers
c/o Weltman, Weinberg & Reis, Co., LPA
Counsel for Creditor


Wells Fargo Bank, N.A.
(second mortgage)
c/o Janessa E. Koenig, Esq.
Jaburg & Wilk, P.C.
Counsel for Creditor

_____
Sterling Inc., dba Kay Jewelers
c/o Weltman, Weinberg & Reis,
Co., LPA
Counsel for Creditor


_____/s/_____
Wells Fargo Bank, N.A.
(second mortgage)
c/o Janessa E. Koenig, Esq.
Jaburg & Wilk, P.C.
Counsel for Creditor

## TOTAL DEBT AND ADMINISTRATIVE EXPENSES PROVIDED FOR BY THE PLAN

Debtor(s):       Robert and Elizabeth Bryan
Case Number:     4-09-bk-05928
Plan Length:     60 Months

I. THE CHAPTER 13 PLAN:

| | | |
|---|---|---|
| A. | Debtor(s)' Unpaid Attorney Fees | $ 2,000.00 |
| B. | Priority Claims: | |
| | 1. Taxes | 0.00 |
| | 2. Other | 0.00 |
| C. | Payments to Cure Defaults | 3,687.49 |
| D. | Payments on Secured Claims | 22,756.26 |
| E. | Payments on Special Class | 0.00 |
| F. | Payments on Unsecured, Nonpriority Claims | 74,345.89 |
| G. | Subtotal | 102,826.80 |
| H. | Trustee's Compensation | 11,425.20 |
| I. | Total of Plan Payments | $ 114,252.00 |

II. CHAPTER 7 RECONCILIATION:

| | | |
|---|---|---|
| A. | Value of Debtors' Interest in Nonexempt Property | $ 3,361.45 |
| B. | Value of Property Recoverable Under Avoiding Powers | 0.00 |
| C. | Less: Estimated Chapter 7 Administrative Expenses | 926.08 |
| D. | Less: Allowed Priority Claims | 0.00 |
| E. | Equals Estimated Dividend for Unsecured, Nonpriority Creditors under Chapter 7 | 0.00 |
| F. | Estimated Dividend to Unsecured, Nonpriority Creditors Under Plan (from I.F. above) | $ 74,383.05 |

IF THERE ARE DISCREPANCIES BETWEEN THE PLAN AND THIS PLAN ANALYSIS, THE PROVISIONS OF THE PLAN, AS CONFIRMED, CONTROL.